IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
 : CASE NO. 1:15 CV 0720
YANG ZHANG, :
 :
        Plaintiff, : <u>ORDER ADOPTING THE</u>
 : <u>MAGISTRATE JUDGE'S REPORT AND</u>
  -vs- : <u>RECOMMENDATION</u>
 :
 :
NICOLE CLEVENGER, et al., :
 :
      Defendants.
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

  Before the Court is the report and recommendation of United States Magistrate Judge Kenneth S. McHargh. The Magistrate Judge recommends that (1) defendant Clevenger's motion for leave to file an answer be denied as moot; (2) entry of default be vacated and set aside as to defendant Clevenger; (3) the motion for default judgment against defendant Clevenger be denied; and (4) the motion for default judgment be granted as to defendant Byers.

  Because no timely objections to the R&R have been filed pursuant to Local Rule 72.3, the R&R is adopted in its entirety by this Court. It is therefore ordered that (1) defendant Clevenger's motion for leave to file an answer (doc. 34) is denied as moot; (2) entry of default (doc. 33) is vacated and set aside as to defendant Clevenger; (3) the

motion for default judgment (doc. 32) against defendant Clevenger is denied; and (4) the motion for default judgment (doc. 32) is granted as to defendant Byers.

  IT IS SO ORDERED.

                /s/ Lesley Wells
                UNITED STATES DISTRICT JUDGE

Date: 4 August 2015