UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

| | |
|---|---|
| YANG ZHANG, | : |
| | : CASE NO. 1:15-CV-0720 |
| Plaintiff, | : |
| | : |
| v. | : OPINION & ORDER |
| | : [Resolving Doc Nos. 1, 48] |
| NICOLE CLEVENGER, et al. | : |
| | : |
| Defendants. | : |
| | : |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Zhang filed a complaint alleging breach of contract, conversion, and fraud.[1] Now, Zhang has failed to respond to the court's Order to Show Cause why this action should not be dismissed for failure to prosecute.[2] On November 3, 2015, Magistrate Judge McHargh recommended that this Court dismiss the action.[3] Neither party has filed an objection to Magistrate Judge McHargh's Report and Recommendation ("R&R").

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a R&R to which a party has made an objection.[4] Parties must file any objections to a R&R within fourteen days of service.[5] Failure to object within that time waives a party's right to have the Court review the R&R.[6] Absent objection, a district court may adopt the R&R without

---

[1] Doc. 1.
[2] Doc. 48.
[3] Doc. 50.
[4] 28 U.S.C. § 636(b)(1)(C).
[5] Fed. R. Civ. P. 72(b)(2); LR 72.3(b).
[6] LR 72.3(b); *see Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

-1-

Case No. 1:15-CV-0720
Gwin, J.

review.[7]

In this case, neither party has objected to the R&R. Moreover, having conducted its own review of the record, this Court agrees with the conclusions of Magistrate Judge McHargh.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge McHargh's Report and Recommendation and incorporates it fully herein by reference. The Court **DISMISSES WITH PREJUDICE** Zhang's complaint.

IT IS SO ORDERED.


Dated: November 24, 2015                s/     *James S. Gwin*
                                        JAMES S. GWIN
                                        UNITED STATES DISTRICT JUDGE

---

[7] *See Thomas*, 474 U.S. at 149.